UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANNE COLE, an individual,

      Plaintiff,                                    Case No. 2:09-cv-11893

vs.                                                       Hon. Patrick J. Duggan

ST. CLAIR MEDICAL CENTER, P.C.,
A Domestic Professional Service Corporation,
Operating Under the Assumed Name of
Greater Yale Medical Clinic,

      Defendant.
_____

DAVID A. NACHT  (P47034)
Nacht & Associates, P.C.
Attorneys for Plaintiff
101 N. Main Street, Suite 555
Ann Arbor, Michigan  48104
(734) 663-7550

GARY A. FLETCHER  (P26823)
TODD J. SHOUDY (P41895)
Fletcher Fealko Shoudy & Moeller, P.C.
Attorneys for Defendant
522 Michigan Street
Port Huron, Michigan 48060
(810) 987-8444

_____

## STIPULATED ORDER OF DISMISSAL

      At a session of said Court, held in the United States District Court, Eastern District of Michigan, on the 8th day of September, 2009.

      PRESENT:    HONORABLE PATRICK J. DUGGAN
                            United States District Court Judge

  WHEREAS, the parties have agreed to settle the above-entitled case.

NOW, THEREFORE, IT IS HEREBY ORDERED That the above-entitled matter be dismissed with prejudice and without costs to either party.  This is a final order and resolves all outstanding claims in this matter.

                    s/Patrick J. Duggan
                    Patrick J. Duggan
                    United States District Judge

Dated: September 8, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2009, by electronic and/or ordinary mail.

                    s/Marilyn Orem
                    Case Manager

Stipulated and Approved for Entry:

| /s/ David A. Nacht (with consent) | /s/ Todd J. Shoudy (with consent) |
|---|---|
| David A. Nacht  (P47034) | Todd J. Shoudy  (P41895) |
| Nacht & Associates, P.C. | Fletcher Fealko Shoudy & Moeller, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 101 N. Main Street, Suite 555 | 522 Michigan Street |
| Ann Arbor, Michigan  48104 | Port Huron, Michigan  48060 |
| (734) 663-7550 | (810) 987-8444 |
| dnacht@nachtlaw.com | tshoudy@fletcherfealko.com |